AO 94 (Rev. 01/09) Commitment to Another District

**FILED**

# UNITED STATES DISTRICT COURT
for the
Northern District of California

FEB 28 2011

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

| | |
|---|---|
| United States of America ) | |
| v. ) | Case No. 11mj70201 PSG |
| Alexander Mikhatchenkov ) | |
| _Defendant_ ) | Charging District's Case No. CR97-00401 RMT |

## COMMITMENT TO ANOTHER DISTRICT

The defendant has been ordered to appear in the **Central** District of **California**.

The defendant may need an interpreter for this language: **Not requested**.

The defendant: ☐ will retain an attorney.

☒ is requesting court-appointed counsel.

The defendant remains in custody after the initial appearance. **Defendant reserves right to detention hearing in charging district.**

**IT IS ORDERED:** The United States marshal must transport the defendant, together with a copy of this order, to the charging district and deliver the defendant to the United States marshal for that district, or to another officer authorized to receive the defendant. The marshal or officer in the charging district should immediately notify the United States attorney and the clerk of court for that district of the defendant's arrival so that further proceedings may be promptly scheduled. The clerk of this district must promptly transmit the papers and any bail to the charging district.

Date: 2/28/11

_Pe S Gr_
_Judge's signature_

Paul S. Grewal, U.S. Magistrate Judge
_Printed name and title_